# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:  MATTHEW MANUEL JR                             CASE NO: 06-11859
        BRENDA JONES MANUEL                           CHAPTER 13

        DEBTORS(S)                                    JUDGE: JANET S BAER

                                                      NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CHASE HOME FINANCE LLC

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0007 | 12971693 | $ 11,419.64 | $ 11,419.64 | $ 11,419.64 |

Total Amount Paid the Trustee                                                   $  11,419.64

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                        __ Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:06-11859

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 17th day of   July, 2012.

Debtor(s)
BRENDA JONES MANUEL
MATTHEW MANUEL JR
9430 S BISHOP AVE
CHICAGO IL 60620

Debtors Attorney

GERACI LAW LLC
55 E MONROE # 3400
CHICAGO IL 606030000

Addtional Creditors

CHASE HOME FINANCE LLC
% FISHER & SHAPIRO LLC
2121 WAUKEGAN RD # 301
NORTHBROOK IL 60062

Mortgage Arrearage Creditor

CHASE HOME FINANCE LLC
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106

Electronic Service US Trustee

Date: July 17, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603